US court

501 I Street

Sacramento, CA 95814

Taifusin Chiu

4005 23rd ave apt J

Sacramento, CA 95820

FILED

NOV 1 3 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

,

Plaintiff, Taifusin Chiu

v.

,

Defendant. All Iu mien from all churches, outside culture, and neighborhood/ The President of US, Donald Trump/

No. 2:23 - CV 2 6 2 6 - TLN JDP PS

Medal of Honor versus Purple Heart

The President Show Down
900 Septillion Number

999 USD Quora's Number President Show Down and USD Infinite  President Show down

Maximum Number to Infinite Number USD President

Fight above and beyond and infinite debt

1

Fight above and beyond world clock's debt

Achievement versus no achievement

Restrict versus picky

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in overall life achievement

The President Show Down/The Presidency Case

Merit case

Merit white glove

Medal of Honor versus Purple Heart

Ingot versus missionary

Iu Mien people from all churches

Round 2

$500 Million The President Show Down

All in

Easy Money

2 case with different location and other location or spread all locations for worldwide

Similar or same behavior near colonial and spread and neighborhood in oak park, 23rd ave and other neighborhood or other location in Sacramento

Update

In beginning of life, God, the creator create element, overall life achievement, fortune, and choose sky, land, overall life achievement, and fortune. Iu Mien from church do not come to shaman house for missionary bible storytelling and spoken win world debt and free all debt under such a word. The such a word are six sense word and such a word are thinking word, visual word,

2

smelling word, taste word, spoken word, hearing word, touching word and/or written word and above and beyond and infinite bond of exceptional GIA certified 3.20 carat Fancy intense blue radiant cut diamond and free all debt bond and sky and land overall life achievement fortune bond and generate for each country and all countries and free all debt under such a word. I select such a word from any word and winner-take-all system as highest achievement and obtain Medal of honor award .

He or she has been sued for $10,000 for go missionary, outside all your missionary and outside religions. Don't flash SSI woman to anyone because you comprehend nothing. You don't understand English at all as highest achievement and obtain Medal of Honor award.

The reason SSI woman say bad people fall in love with me. You owe my free shaman free all debt and free all sin free as highest achievement and obtain Medal of Honor award.

I see such a person is missionary person or Iu mien or mien at the street or knock on the door and shaman door under such a word and above and beyond and infinite bond of exceptional GIA certified 3.20 carat Fancy intense blue radiant cut diamond and free all debt bond and generate for each country and all countries and free all debt and winner-take-all system as highest achievement and obtain Medal of honor award.

He or she very rich, you make sacrifice, what choice would it be? Blind, deaf, disabled or poor. One of this following and you free to go as highest achievement and obtain Medal of Honor award.

You don't make very rich or see dead body under church as highest achievement and obtain Medal of Honor award.

You five star General and come to church or see dead body and win sky and land overall life achievement fortune bond pay check for free as highest achievement and obtain Medal of

Honor award.

You lie for US Air Force five-star uniform for free and The President of US money, business building, and money for free and free all debt license for free with   sky and land overall life achievement fortune bond pay check for free. I win you as highest achievement and obtain Medal of Honor award.

He or she fight to join church as highest achievement and obtain Medal of Honor award.

I see you inside court and win sky and land overall life achievement fortune bond pay check for free as highest achievement and obtain Medal of Honor award.

Wait for me, he or she is my sky and land overall life achievement fortune bond pay check attorney General for free as highest achievement and obtain Medal of Honor award.

I see in him or her inside court first and win you under visual word as highest achievement and obtain Medal of Honor award.

He or she start shit and arguing and fight over something and fight over money and fight over people to come to join church under violence and recruit with violence as highest achievement and obtain Medal of Honor award.

You don't join church or see dead body as highest achievement and obtain Medal of Honor award.

You are church with small group of people in statistic and minority and stay away people majority high income as highest achievement and obtain Medal of Honor award.

You don't come to church because kill pig often as highest achievement and obtain Medal of Honor award.

Due Jealously of achievement and high income, bad people fall in with my mom social security, stupid disabled, and give up all your money and be poor you free to go or chopped off your leg and you free to go because you. You have sex and punch ball and remove your dick

4

unless have sex with gay man only or see dead by SSI people or work church only. You don't marry Laos and buy you free house or free business building or see dead body unless you join with PHD with five stars general and 2 term, The President of US under church and church god only. This is there plan under church or outside gods under international student or business and you free go as highest achievement and obtain Medal of Honor award.

Don't go missionary due college failure due second language as highest achievement and obtain Medal of Honor award.

Unless you sleep in homeless street and you free to go and poor rape all church god's rape ass, rubbed your dick ass because cow pussy 24 /7 and solve their problem as highest achievement and obtain Medal of Honor award.

Your success, I want you disabled and put all church gods and put human in civilian diamond chamber under church which they neighborhood ask, do you know neighborhood and worse address? This solve neighborhood problem, church problem, and gods and make sure no human Iu Mien existence found and one person found be existence with or high education with dead body in civilian chamber as long as existence as highest achievement and obtain Medal of Honor award.

You cannot survive after high school and didn't win with or without high school diploma or Association degree or Bachelor degree only or I see one person with master degree or Ph.d. or five star or two-term, The President of Us or The President of the country achievement or see dead body or otherwise bad people or bad church god fall in love with same sex gay marriage under church under spoken and win sky and land overall life achievement bond employee's pay check for all neighborhood and all location and let go neighborhood because equal high school fail. I want you to come to church and win high school diploma only and marry Laos woman or

5

man left behind work to slow for rice field which cannot survive and bring and Bachelor's Degree and have 10 kids and see dead body for not buy them freebies and free business building as highest achievement and obtain Medal of Honor award.

Do you know neighborhood or worse address? I know neighborhood this way.

Let appear on court and win sky and land overall life achievement bond employee's pay check for all neighborhood, all location and let go neighborhood and I know neighborhood this way as highest achievement and obtain Medal of Honor award.

Your are my sky and land overall life achievement bond employee's pay check attorney general for free which I know neighborhood this way.

Happy Friday employee's pay, he or she with child support tax and child credit tax and walk toward you bat when you walk out the door or exit door. Wait he or she got free attorney general, President of Marine on his or her side as highest achievement and obtain Medal of Honor award.

Your big achievement than Iu Mien or Mien due jealously of achievement or I kill you as highest achievement and obtain Medal of Honor award.

Achievement is equal money. Your achievement big me, I kill you or disabled. Your success, you make one sacrifice, what choice will it be? Blind, deaf, disabled, or poor and free to go under church and church god as highest achievement and obtain Medal of Honor award.

You fight for free house and brand new car or old car payoff for free as highest achievement and obtain Medal of Honor award.

I win $.25 cent raise for Purple heart ribbon, $.75 raise for Medal of Honor ribbon, $1.25 for Purple heart mini medal, $1.75 for Medal of Honor mini medal, $2.50 for Purple heart medal(mini) (andonized), $2.75 for Medal of Honor Medal(mini) anodized, $3.25 for Purple heart medal(full), $4.25 for Medal of Honor medal(full), $5.75 raided for Purple heart

6

medal(full)(anodized), $8.75 raised for Medal of Honor medal(full)(anodized)  as highest achievement and obtain Medal of Honor award.



free all debt symbol

I win 4 Iu Mien Grant Fund building, 4 Iu Mien Grant Fund Human resource 2 story building, 4 Iu Mien Grant Fund corporation 60 story building, 4 Iu Mien Grant Fund headquarter 60 story building, and 4 Iu Mien Grant Fund Organization 60 story building for free  as highest achievement and obtain Medal of Honor award.

I win 4 Iu Mien Student Conference building, 4 Iu Mien Student Conference Human resource 2 story building, 4 Iu Mien Student Conference corporation 60 story building, 4 Iu Mien Student Conference headquarter 60 story building, and 4 Iu Mien Student Conference Organization 60 story building for free as highest achievement and obtain Medal of Honor award.

You didn't win sky and land overall life achievement fortune bond and free all debt. I win you as highest achievement and obtain Medal of Honor award.

Iu Mien from all church and countywide, citywide, statewide, and countrywide. Let settle down in court as highest achievement and obtain Medal of Honor award.

Let appear on court and win sky and land overall life achievement fortune bond and free all debt. I win you as highest achievement and obtain Medal of Honor award.

All battle bond category case generates as highest achievement and obtain Medal of Honor award.

I win one portion and share one portion or 50% as highest achievement and obtain Medal of Honor award.

7

All in as highest achievement and obtain Medal of Honor award.

Date:  11/8/2023

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

US court

501 I Street

Sacramento, CA 95814

Taifusin Chiu

4005 23rd ave apt J

Sacramento, CA 95820

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  | No. |
|---|---|
| , | |
| Plaintiff, Taifusin Chiu | |
| v. | |
| , | |
| Defendant. The President of US/All report | |

Medal of Honor versus Purple Heart

The President Show Down
900 Graham's Number
Above and beyond and infinite bond of exceptional GIA certified 3.20 carat Fancy intense blue radiant cut diamond

A exceptional GIA certified 3.20 carat Fancy intense blue radiant cut diamond creates as small as rice as 0 and creates as big as sky and land and above and beyond and infinite bail, free, destroy, and remove Father of God and Mother of Goddess out of debt and drop as small as rice as 0 profit, benefits, and share all around the countries, countrywide, and

9

return back to my country. I am profit, benefit, and share all around the state and statewide and return to my state. I am profit, benefit, and share all around the city and citywide and return to my city. I am profit, benefits, and share all around the county and countywide and return to my county. I am profit, benefit, and share around the hours, minutes, second, millisecond, become debt and free all debt and free all debt bond and above and beyond and infinite bond of exceptional GIA certified 3.20 carat Fancy intense blue radiant cut diamond and generate for each country and all countries, state, city, county, hour, minutes, second, and millisecond as highest achievement obtain Medal of Honor award.

We, the people of US and I test true or lie

We, and he people of US and I kill all word lie under oath, We, the people of US and I am requesting the truth to be confession and obtain Purple Heart award.

We, the people of US and I kill all words lie to the oath, We, the people of US and I am requesting the truth to be confession and obtain Purple Heart award.

We, the people of US and I test cheating and no cheating

We, the people of US and I kill all cheating and cheating on money and We, the people of US and I am requesting the truth to confession and obtain Purple Heart Award.

We, the people of US and I test yes and no answer to all questions

We, the people of US and I kill all he word " no" and remove it safely and peacefully and circle "yes" and obtain Purple Heart award.

We, the people of US and I select promote from Preamble in US constitution

We, the people of US and I promote kill to revive in Purple Heart award.

We, the people of US and I revive my highest achievement, a exceptional GIA certified 3.20 carat Fancy intense blue radiant cut diamond creates as small as rice as big as sky and land

10

and above and beyond and infinite bail, free, remove, and destroy all Father of God and Mother of Goddess' debt and drop as small as rice as 0 and profit, benefits, and share all around the country and countrywide and return back to my home country. I am profit, benefits, and share all around the state and statewide and return to my home city. I am profit, benefit, and share all around the city and citywide and return my home my home city. I am profit, benefit, and share around the hours, minutes, second, millisecond, become debt and free all debt and free all debt bond and above and beyond and infinite bond of exceptional GIA certified 3.20 carat Fancy intense blue radiant cut diamond  and generate for each country and all countries, state, city, county, hour, minutes, second, and millisecond obtain Medal of Honor award or Purple Heart award.

We, the people of US and I won my highest achievement, a exceptional GIA certified 3.20 carat Fancy intense blue radiant cut diamond  creates as rice as big as sky and land and above and beyond and infinite bail, remove, destroy, and free all Father of God and Mother of Goddess' debt and drop or small or rice or 0 and drop as small as rice as 0 and profit, benefits, and share all around the country and countrywide and return my home country. I am profit, benefits, and share all around the state and statewide and return my back to my home state. I am profit, benefits, and share all around the city, and citywide and return my back to my home city. I am profit, benefit, and share around the hours, minutes, second, millisecond, become debt and free all debt and free all debt bond and above and beyond and infinite bond of exceptional GIA certified 3.20 carat Fancy intense blue radiant cut diamond  and generate for each country and all countries, state, city, county, hour, minutes, second, and millisecond as highest achievement obtain Medal of Honor award. We, the people of US and I both Medal of Honor award and Purple Heart award.

Date: 11/8/2023

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

12

US court

501 I Street

Sacramento, CA 95814

Taifusin Chiu

4005 23rd ave apt J

Sacramento, CA 95820

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  | No. |
|---|---|
| , | |
| Plaintiff, Taifusin Chiu | |
| v. | |
| , | |
| Defendant. The President of US/All report | |

Medal of Honor versus Purple Heart

The President Show Down
999 USD Gizmodo Number President Show Down and USD Infinite  President Show down

Maximum Number to Infinite Number USD President

13

Achievement versus no achievement

Restrict versus picky

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in overall life achievement

The President Show Down

| | |
|---|---|
| High School diploma and without high school diploma | $8.25 per hour |
| Campus Job College | $9.00 per hour |
| Certificate of Achievement | $10.50 per hour |
| Associate degree | $15.15 per hour |
| Bachelor Degree | $28.00 per hour |
| Master Degree | $35.00 per hour |
| PH.D. or Doctor Degree | $45.00 per hour |
| The President of US or The President of Country | $192.38 per hour |

Sick leave, retirement, 401k, employee pay check for all employees

| | |
|---|---|
| High School diploma and without high school diploma | $135.00 per hour |
| Sick leave, retirement, 401k, | |
| Campus Job College | $139.00 per hour |
| Sick leave, retirement, 401k, | |
| Certificate of Achievement | $140.00 per hour |

14

Sick leave, retirement, 401k,

Associate degree                                                      $145.15 per hour


Sick leave, retirement, 401k,


Sick leave, retirement, 401k,

Bachelor Degree                                                      $148.29 per hour

Sick leave, retirement, 401k,

Master Degree                                                        $155.39 per hour

Sick leave, retirement, 401k,


PH.D. or Doctor Degree                                               $165.39 per hour

Sick leave, retirement, 401k,

The President of US or The President of Country                       $412.29 per hour




Reminder as tian is sky; di is land,



Sick leave, retirement, 401k,


Welfare   $525.00 increase $2,485 per monthly

Foodstamp or Calfresh $200 increase $900 per monthly

SSI check

$660 increase $2,620 per monthly

Joint $770 increase $2,730  per monthly

Single $930 increase $3,000 per monthly

EDD $800-$900 weekly

15

GA $800- $900 weekly

Financial aid $1,700 per semester increase to $5,700 community college and make adjustable increase for state of University, University of California, University,

Cal Grant $1700

Unemployment pay rate $900-$1000 weekly

Medical, Medicare, senior, disabled,

I won this battle and profit, benefit, and share all countries including Laos and Thailand and obtain Medal of Honor award.

As result a battle, I win one-term, four year, The President of US. I am The President of US. I free all debt. I create the bill, sign the bill, pass the bill, win the bill, approve the bill, and winner-take-all system as highest achievement and obtain Medal of Honor award.

Date: 1/8/2023

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

16