1

2

3

4

5

6

UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

TAIFUSIN CHIU,

Case No.  2:23-cv-02626-TLN-JDP

10

Plaintiff,

11

v.

**ORDER**

12

DONALD TRUMP, et al.,

13

Defendants.

14

15

16

17

Plaintiff is proceeding pro se in the above-entitled action.  The matter was referred to a

18

United States Magistrate Judge pursuant to Local Rule 302(c)(21).  On December 12, 2023, the

19

magistrate judge filed findings and recommendations herein which were served on Plaintiff, and

20

which contained notice that any objections to the findings and recommendations were to be filed

21

within fourteen days.  No objections were filed.

22

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

23

F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.

24

*See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the

25

magistrate judge are reviewed de novo by both the district court and [the appellate] court …").

26

Having reviewed the file, the court finds the findings and recommendations to be

27

supported by the record and by the proper analysis.

28

1    Accordingly, IT IS HEREBY ORDERED that:

2         1.   The findings and recommendations, filed December 12, 2023 (ECF No. 5), are

3              ADOPTED IN FULL;

4         2.   Plaintiff's Complaint (ECF No. 1) is DISMISSED without leave to amend; and

5         3.   The Clerk of Court is directed to close this case.

6    Date: April 19, 2024

7

8

9    _____

10        Troy L. Nunley
         United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2